JLG:KCM
F. #2025R00611

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    APR 17 2026    ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against –

STEPHEN SHAPIRO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____-_____(_____)

**CR-26 0101**

**CHOUDHURY, J.**

LOCKE, M. J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant STEPHEN SHAPIRO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
        April 17, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
Attorney for Plaintiff
610 Federal Plaza
Central Islip, New York 11722

By:    _/s/ Kaitlin C. McTague_____
    Kaitlin C. McTague
    Assistant United States Attorney
    (631) 715-7878

Cc:    Clerk of the Court