AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 20 2026 ★

LONG ISLAND OFFICE

| United States of America | ) | |
| v. | ) | Case No. 26CR101 ~~24-cr-0003~~ (NJC) |
| Stephen Shapiro | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/20/26

_____
Defendant's signature

_____
Signature of defendant's attorney

Saul Bienenfeld
Printed name of defendant's attorney

/s/ Arlene R. Lindsay

_____
Judge's signature

USMJ
Judge's printed name and title