

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

June 10, 2026

<u>By ECF</u>

The Honorable Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>United States v. Stephen Shapiro</u>
      Criminal Docket No. 26-CR-101 (NJC)

Dear Judge Choudhury:

  I write on behalf of the government in the above captioned matter, and with the consent of counsels for the defendant, Saul Bienenfeld, Esq., and Thomas Kenniff, Esq., to respectfully provide a status update in accordance with the Court's individual rules, and in advance of the next conference, which is scheduled for June 23, 2026, at 11:00 a.m.

  The government previously conducted a review of sensitive-discovery materials with Mr. Bienenfeld in accordance with Rule 16 of the Federal Rules of Criminal Procedure, including materials that remain in the custody of law enforcement. Mr. Kenniff has arranged a review of the sensitive discovery material with law enforcement next week, on or about June 22, 2026. Finally, on June 9, 2026, the government provided the defendant with a plea agreement. As such, the parties are actively engaging in plea negotiations.

  In light of the foregoing, the parties jointly request that the Court adjourn the status conference currently scheduled for June 23, 2026, for approximately 60 days, or shortly thereafter. Relatedly, the parties respectfully request the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, until the date of the next status conference, in order to afford the parties time to continue plea negotiations. Defense counsel has conferred with his client, who indicated that he also consents to the exclusion of time under the Speedy Trial Act.

  Finally, the government presently is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing

obligation to produce exculpatory material as defined by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny, and in accordance with the previously-issued standing order pursuant to Federal Rule of Criminal Procedure 5(f).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
Kaitlin C. McTague
Assistant U.S. Attorney
(631) 715-7878


cc:     Saul Bienenfeld, Esq.
Thomas Kenniff, Esq.